**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

      **v.**          Criminal No. 06-30001-001

**JOHNNY R. KILBURN**                                            **DEFENDANT**

## O R D E R

Now on this 16th day of October, 2006, comes on for consideration the government's **Motion To Dismiss** (document #32), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                                 **JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**